**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01236-CV

**PLANO OVERHEAD, INC., Appellant**

**V.**

**DESIREE HAMILTON A/K/A DESIREE BRIDGES, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02034-2015**

## ORDER

Before the Court is appellant's November 18, 2015 motion to dismiss appeal in accordance with the parties' settlement agreement. We **DENY** the motion without prejudice to filing an amended motion signed by both parties or their attorneys. *See* TEX. R. APP. P. 42.1(a)(2).

/s/     ELIZABETH LANG-MIERS
JUSTICE